**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-8043**

———————

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

       v.

MICHAEL HILL, a/k/a Saleet, a/k/a Steve Philip, a/k/a Junito
Tomilson,

             Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Wilmington.  James C. Fox, Senior
District Judge.  (7:96-cr-00042-F-1)

———————

Submitted:  May 22, 2014               Decided:  May 28, 2014

———————

Before TRAXLER, Chief Judge, and HAMILTON and DAVIS, Senior
Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael Hill, Appellant Pro Se.  John Samuel Bowler, OFFICE OF
THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Hill appeals the district court's order denying his motion for modification of sentence, 18 U.S.C. § 3582(c) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hill, No. 7:96-cr-00042-F-1 (E.D.N.C. Dec. 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED